IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **KEITH JONES**, individually and on behalf of all similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> **TUCKER COMMUNICATIONS, INC.**, <br><br> Defendant. | Civil Action No. 5:11-CV-398 (HL) |

## ORDER

This case was stayed by the Court through April 15, 2012 so the parties could engage in mediation. The stay has now expired. The Court has been advised by counsel for Defendant that the mediation will be held on April 24, 2012. The Court finds it appropriate to reinstate the stay. The parties are directed to file a written report outlining the results of the mediation on or before May 4, 2012. In the event the parties do not resolve the case at mediation, they are ordered to file an amended scheduling and discovery report on or before May 16, 2012. The Court will then lift the stay and enter new deadlines to govern the case.

**SO ORDERED**, this 23rd day of April, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh