IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| KEITH JONES, Individually and on Behalf of All Similarly Situation Individuals and ALL PLAINTIFFS , | * |
| | * |
| Plaintiffs, | Case No.5:11-CV-398(MTT) |
| v. | * |
| | * |
| TUCKER COMMUNICATIONS, INC. and TIMOTHY DANIEL TUCKER, | * |
| Defendants. | |

_____

**J U D G M E N T**

Pursuant to this Court's Order dated November 18, 2013, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants.  Plaintiffs shall recover nothing of Defendants.   Defendants shall also recover costs of this action.

This 19th day of November, 2013.

Gregory J. Leonard, Clerk

s/ Cheryl M. Alston, Deputy Clerk