# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

|  |  |
|---|---|
| **KEITH JONES, individually and on Behalf of all similarly situated individuals,** ) | |
| **Plaintiffs,** ) | |
| **v.** ) | **Case No: 5:11-CV-00398-MTT** |
| **TUCKER COMMUNICATIONS, INC., and TIMOTHY TUCKER** ) | |
| **Defendants.** ) | |

## ORDER GRANTING FLSA SETTLEMENT APPROVAL

AND NOW, this 29th day of July, 2014, upon consideration of the parties' Joint Motion for Settlement Approval, the Court hereby grants the Motion and ORDERS as follows:

1. The Court finds that the Settlement, as set forth in the Settlement Agreement executed by the parties, is fair, reasonable, and adequate under federal laws, including the Fair Labor Standards Act, 29 U.S.C. § 201 *et. seq.* The Court finds that the uncertainty and delay of further litigation strongly supports the reasonableness and adequacy of the Settlement Amount established pursuant to the Settlement Agreement.

2. The Settlement is HEREBY APPROVED in its entirety.

3. The Settlement Fund shall be dispersed in accordance with the Settlement Agreement as detailed in the Joint Motion for Settlement Approval.

4. As provided in the Settlement Agreement, all Settlement Class members who did not return a consent to join and release of claims form will be dismissed with prejudice.

5.   This action is hereby DISMISSED WITH PREJUDICE with each party to bear their own costs except as set forth in the Order Granting Plaintiffs' Unopposed Motion for Attorneys' Fees and Costs.

**SO ORDERED**, this 29th day of July, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT